IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CRIMINAL ACTION |
| vs. | : | |
| | : | NO. 4:98-CR-013-HLM |
| RONALD J. WILLKOMM, | : | |
| | : | |
| Defendant. | : | |

SATISFACTION OF MONETARY
PORTION OF JUDGMENT

The special assessment, fine and/or restitution portion of the judgment in the above entitled case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

    Respectfully submitted,

    DAVID E. NAHMIAS
    UNITED STATES ATTORNEY


    /s/ CYNTHIA B. SMITH
    ASSISTANT UNITED STATES ATTORNEY
    Georgia Bar No. 655473

    600 United States Courthouse
    75 Spring Street, S.W.
    Atlanta, Georgia 30303
    Ph.:  404-581-6350
    Fax:  404-581-6167
    cynthia.smith2@usdoj.gov

_____CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Satisfaction with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participants by depositing a copy of same in the United States mail and addressed as follows:

>Ronald J. Willkomm
>2180 Dietz Road
>Ringgold, GA  30736

This 9th day of September, 2005.

>/s/ CYNTHIA B. SMITH
>ASSISTANT UNITED STATES ATTORNEY
>cynthia.smith2@usdoj.gov