IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA,

v.

CRIMINAL ACTION FILE
NO. 4:98-CR-013-02-HLM-ECS

RONALD JOSEPH WILLKOMM.

## ORDER

This case is before the Court on the Court's own Motion.

Defendant's application for a pardon having been submitted to this Court for comment by the Court, should the Court desire to express an opinion, the Court notes that it has no objection to Defendant being granted a pardon.

The Court **DIRECTS** the Clerk to **MAIL** a copy of this Order to Assistant United States Attorney Christopher Bly for forwarding to the Office of the Pardon Attorney.  The Court further directs the Clerk to send an electronic notification of this Order to

AO 72A
(Rev.8/8
2)

Chris.Bly@usdoj.gov and to Theresa.Bass@usdoj.gov.

IT IS SO ORDERED, this the 12th day of January, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8 2)